# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Avnet Incorporated, | No. CV-16-02808-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Hitachi Chemical Company Limited, et al., | |
| Defendants. | |

Pursuant to Plaintiff Avnet, Inc.'s Motion for Extension of Time to Respond to Defendants' Motion to Transfer Pursuant to 28 U.S.C. Section 1404(a) and good cause appearing,

**IT IS ORDERED** the motion (Doc. 39) is **GRANTED**. The deadline for Plaintiff to file its response to the Motion shall be extended to **January 17, 2017**. The deadline for Defendants to file their reply shall be extended to **February 3, 2017**.

Dated this 30th day of December, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge