1  Robert J. Bruno/Bar No. 003383
   Jasmina Richter/Bar No. 024180
2  **SANDERS & PARKS, P.C.**
   3030 North Third Street, Suite 1300
3  Phoenix, AZ  85012-3099
   Direct Phone: 602.532.5755
4  E-Mail: Robert.Bruno@sandersparks.com

5  Jasmina Richter
   Direct Phone: 602.532.5779
6  E-Mail: Jasmina.Richter@sandersparks.com

7  *Attorneys for Shizuki Electric Co., Inc.*

8
                    UNITED STATES DISTRICT COURT
9
                         DISTRICT OF ARIZONA
10

| | |
|---|---|
| AVNET, INC., | Case No. 2:16-cv-02808-ROS |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| HITACHI CHEMICAL CO., LTD.; HITACHI AIC INC.; HITACHI CHEMICAL CO. AMERICA, LTD.; ELNA CO., LTD.; ELNA AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TOSHIN KOGYO CO., LTD.; HOLY STONE ENTERPRISE CO., LTD.; MILESTONE GLOBAL TECHNOLOGY, INC. (D/B/A HOLYSTONE INTERNATIONAL); OKAYA ELECTRIC INDUSTRIES CO., LTD.; OKAYA ELECTRIC AMERICA INC.; TAITSU CORPORATION; TAITSU AMERICA, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; SHINYEI CORPORATION OF AMERICA, INC.; NITSUKO ELECTRONICS CORPORATION; NISSEI ELECTRIC CO., LTD.; SHIZUKI ELECTRIC CO., LTD.; SOSHIN ELECTRIC CO., LTD.; and, SOSHIN ELECTRONICS OF AMERICA, INC., | |
| Defendants. | |

NOTICE OF APPEARANCE
CASE NO. 2:16-cv-02808 ROS

1 | NOTICE IS HEREBY GIVEN that the law firm of SANDERS & PARKS, P.C., by
2 | Robert J. Bruno and Jasmina Richter, hereby enter their appearance as counsel for Defendant
3 | Shizuki Electric Co., Inc. in the above-captioned matter.
4 |
5 | Respectfully submitted this 10th day of March, 2017.
6 | **SANDERS & PARKS, P.C.**
7 |
8 | By s/ *Robert J. Bruno*
    Robert J. Bruno
9 | Jasmina Richter
    3030 North Third Street, Suite 1300
10 | Phoenix, AZ  85012-3099
    *Attorney for Defendant Shizuki Electric Co.,*
11 | *Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants listed below.

Amy Abdo
Carrie Alane Pixler Ryerson
Fennemore Craig PC
2394 E Camelback Rd
Suite 600
Phoenix, AZ 85016
Tel:  602-916-5000
Fax: 602-916-5999
Email:  amy@fclaw.com
          cryerson@fclaw.com

Lori P. Lustrin
Shalia S. Sakona
Robert W. Turken
Scott N. Wagner
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email:  rturken@bilzin.com
          ssakona@bilzin.com
          swagner@bilzin.com
          llustrin@bilzin.com

*Attorneys for Plaintiff*

Jeffrey C. Bank
Chul Pak
Wilson Sonsini Goodrich & Rosati LLP
1301 Avenue of the Americas, 40th Floor
New York, NY  10019
Tel: 212-497-7726
Fax: 212-999-5899
jbank@wsgr.com
cpak@wsgr.com
*Attorneys for Defendants Hitachi Chemical Co., Ltd., Hitachi Chemical Company America, Ltd., and Hitachi AIC Incorporated*

Gaspare J. Bono
Dentons US LLP
1900 K Street N.W.
Washington, DC  20006
Tel: 202-496-7211
Fax: 202-496-7756
Gap.bon@dentons.com
*Attorneys for Def. Shinyei Corporation of America Incorporated; Shinyei Kaisha; and Shinyei Technology Company Limited*


Eric P. Enson
Jones Day
555 W. Flower St., 50th Floor
Los Angeles, CA  90071-2300
Tel: 213-489-3939
Fax: 213-243-2539
epenson@jonesday.com
*Attorneys for Defendant Holy Stone Enterprise Company Limited*


John R. Fornaciari
Baker & Hostetler LLP
1050 Connecticut Ave. NW
Suite 1100
Washington, DC  20036
Tel: 202-861-1500
jfornaciari@bakerlaw.com
*Attorneys for Defendants Soshin Electric Company Limited; Soshin Electronics of America Incorporated*

Meghan E. Hausler
Darrell Prescott
Baker & McKenzie LLP
2300 Trammell Crow Ctr.
2001 Ross Avenue
Dallas, TX  75201
Meghan.hausler@bakermckenzie.com
Darrell.Prescott@bakermckenzie.com
*Attorneys for Defendant Okaya Electric America Incorporated;*
*Okaya Electric Industries Company Limited*


Bonnie Lau
Dentons US LLP
One Market Plz., 24th Floor
San Francisco, CA
Tel: 415-882-5000
Bonnie.lau@dentons.com
*Attorneys for Matsuo Electric Company Limited*


Adam R. Prescott
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave. NW
Washington, DC  20006
Tel: 202-663-6000
Adam.prescott@wilmerhale.com
*Attorneys for Defendants ELNA America Incorporated;*
*ELNA Company Limited*


Jarod m. Bona
Aaron R. Got
BONA LAW PC
4275 Executive Square, #200
La Jolla, California 92037
Tel: 858-964-4589
Fax: 858-964-2301
Jarod.bona@bonalawpc.com
Arron.gott@bonalawpc.com
*Counsel for Defendants Taitsu Corporation and Taitsu America, Inc.*

                                                              /s/ Zina Seyferth