Robert J. Bruno/Bar No. 003383
Jasmina Richter/Bar No. 024180
**SANDERS & PARKS, P.C.**
3030 North Third Street, Suite 1300
Phoenix, AZ  85012-3099
Direct Phone: 602.532.5755
E-Mail: Robert.Bruno@sandersparks.com

Jasmina Richter
Direct Phone: 602.532.5779
E-Mail: Jasmina.Richter@sandersparks.com

*Attorneys for Shizuki Electric Co., Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| AVNET, INC., | Case No. 2:16-cv-02808-ROS |
| Plaintiff, | **NOTICE OF SERVICE OF DISCOVERY RESPONSES** |
| v. | |
| HITACHI CHEMICAL CO., LTD.; HITACHI AIC INC.; HITACHI CHEMICAL CO. AMERICA, LTD.; ELNA CO., LTD.; ELNA AMERICA INC.; MATSUO ELECTRIC CO., LTD.; TOSHIN KOGYO CO., LTD.; HOLY STONE ENTERPRISE CO., LTD.; MILESTONE GLOBAL TECHNOLOGY, INC. (D/B/A HOLYSTONE INTERNATIONAL); OKAYA ELECTRIC INDUSTRIES CO., LTD.; OKAYA ELECTRIC AMERICA INC.; TAITSU CORPORATION; TAITSU AMERICA, INC.; SHINYEI KAISHA; SHINYEI TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; SHINYEI CORPORATION OF AMERICA, INC.; NITSUKO ELECTRONICS CORPORATION; NISSEI ELECTRIC CO., LTD.; SHIZUKI ELECTRIC CO., LTD.; SOSHIN ELECTRIC CO., LTD.; and, SOSHIN ELECTRONICS OF AMERICA, INC., | |
| Defendants. | |

1  **NOTICE IS HEREBY GIVEN** that Defendant Shizuki Electric Co., Inc. served its
2  Responses to Avnet's First Set of Requests for Production, via U.S. mail, postage prepaid,
3  as well as via Electronic Mail, on all parties on March 9, 2017.

5  DATED: March 10, 2017                 Respectfully submitted,

6                                        SANDERS & PARKS, P.C.

8                                        By:   /s *Robert J. Bruno*
                                               Robert J. Bruno
9                                              Jasmina Richter

                                         Attorneys for Shizuki Electric Co., Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants listed below.

Amy Abdo
Carrie Alane Pixler Ryerson
Fennemore Craig PC
2394 E Camelback Rd
Suite 600
Phoenix, AZ 85016
Tel:  602-916-5000
Fax: 602-916-5999
Email:  amy@fclaw.com
           cryerson@fclaw.com


Lori P. Lustrin
Shalia S. Sakona
Robert W. Turken
Scott N. Wagner
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Tel: 305-374-7580
Fax: 305-374-7593
Email:  rturken@bilzin.com
           ssakona@bilzin.com
           swagner@bilzin.com
           llustrin@bilzin.com

*Attorneys for Plaintiff*

Jeffrey C. Bank
Chul Pak
Wilson Sonsini Goodrich & Rosati LLP
1301 Avenue of the Americas, 40th Floor
New York, NY  10019
Tel: 212-497-7726
Fax: 212-999-5899
jbank@wsgr.com
cpak@wsgr.com
*Attorneys for Defendants Hitachi Chemical Co., Ltd., Hitachi Chemical Company America, Ltd., and Hitachi AIC Incorporated*

Gaspare J. Bono
Dentons US LLP
1900 K Street N.W.
Washington, DC  20006
Tel: 202-496-7211
Fax: 202-496-7756
Gap.bon@dentons.com
*Attorneys for Def. Shinyei Corporation of America Incorporated; Shinyei Kaisha; and Shinyei Technology Company Limited*

Eric P. Enson
Jones Day
555 W. Flower St., 50th Floor
Los Angeles, CA  90071-2300
Tel: 213-489-3939
Fax: 213-243-2539
epenson@jonesday.com
*Attorneys for Defendant Holy Stone Enterprise Company Limited*

John R. Fornaciari
Baker & Hostetler LLP
1050 Connecticut Ave. NW
Suite 1100
Washington, DC  20036
Tel: 202-861-1500
jfornaciari@bakerlaw.com
*Attorneys for Defendants Soshin Electric Company Limited; Soshin Electronics of America Incorporated*

| | |
|---|---|
| 1 | Meghan E. Hausler |
| 2 | Darrell Prescott |
| 3 | Baker & McKenzie LLP |
| | 2300 Trammell Crow Ctr. |
| 4 | 2001 Ross Avenue |
| | Dallas, TX  75201 |
| 5 | Meghan.hausler@bakermckenzie.com |
| 6 | Darrell.Prescott@bakermckenzie.com |
| | *Attorneys for Defendant Okaya Electric America Incorporated;* |
| 7 | *Okaya Electric Industries Company Limited* |
| 8 | |
| 9 | Bonnie Lau |
| | Dentons US LLP |
| 10 | One Market Plz., 24th Floor |
| | San Francisco, CA |
| 11 | Tel: 415-882-5000 |
| 12 | Bonnie.lau@dentons.com |
| | *Attorneys for Matsuo Electric Company Limited* |
| 13 | |
| 14 | |
| 15 | Adam R. Prescott |
| | Wilmer Cutler Pickering Hale & Dorr LLP |
| 16 | 1875 Pennsylvania Ave. NW |
| | Washington, DC  20006 |
| 17 | Tel: 202-663-6000 |
| 18 | Adam.prescott@wilmerhale.com |
| | *Attorneys for Defendants ELNA America Incorporated;* |
| 19 | *ELNA Company Limited* |
| 20 | |
| 21 | Jarod m. Bona |
| | Aaron R. Got |
| 22 | BONA LAW PC |
| | 4275 Executive Square, #200 |
| 23 | La Jolla, California 92037 |
| 24 | Tel: 858-964-4589 |
| | Fax: 858-964-2301 |
| 25 | Jarod.bona@bonalawpc.com |
| 26 | Arron.gott@bonalawpc.com |
| | *Counsel for Defendants Taitsu Corporation and Taitsu America, Inc.* |
| 27 | |
| 28 |                               /s/ Zina Seyferth |

3

NOTICE OF SERVICE OF DISCOVERY RESPONSES
CASE NO. 2:16-cv-02808 ROS