1  Allyson T. Fortier (admitted *pro hac vice*)
   WILMER CUTLER PICKERING
2     HALE AND DORR LLP
   350 S. Grand Ave., Suite 2100
3  Los Angeles, CA  90071
   Telephone:  (213) 443-5300
4  Facsimile:  (213) 443-5400
   Allyson.Fortier@wilmerhale.com
5
   Adam R. Prescott (admitted *pro hac vice*)
6  WILMER CUTLER PICKERING
      HALE AND DORR LLP
7  1875 Pennsylvania Ave., NW
   Washington, DC 20006
8  Telephone: (202) 663-6048
   Facsimile: (202) 663-6363
9  Adam.Prescott@wilmerhale.com

10 *Counsel for Defendants ELNA Co. Ltd.*
   *and ELNA America Inc.*
11

12          **UNITED STATES DISTRICT COURT**
                **DISTRICT OF ARIZONA**
13

14 Avnet, Inc.,                          | Case No.: 2:16-cv-02808-ROS

15              Plaintiff,

16 vs.                                    | **NOTICE OF WITHDRAWAL OF**
                                          | **ADAM R. PRESCOTT AS COUNSEL**
17 Hitachi Chemical Co., Ltd.; Hitachi AIC Inc.; | **OF RECORD**
   Hitachi Chemical Co. America, Ltd.; ELNA Co.,
18 Ltd.; ELNA America Inc.; Matsuo Electric Co.,
   Ltd.; TOSHIN KOGYO Co., Ltd.; Holy Stone
19 Enterprise Co., Ltd.; Milestone Global
   Technology, Inc. (D/B/A Holystone
20 International); Okaya Electric Industries Co.,
   Ltd.; Okaya Electric America Inc.; Taitsu
21 Corporation; Taitsu America, Inc.; Shinyei
   Kaisha; Shinyei Technology Co.,
22 Ltd.; Shinyei Capacitor Co., Ltd.; Shinyei
   Corporation of America, Inc.; Nitsuko Electronics
23 Corporation; Nissei Electric Co., Ltd.; Shizuki
   Electric Co., Ltd.; Soshin Electric Co., Ltd.; and,
24 Soshin Electronics of America, Inc.,

25

26              Defendants.

27

28

1

2       Pursuant to Local Rule 83.3(b) of the United States District Court for the District Court

3   of Arizona, Defendants ELNA Co., Ltd. and ELNA America, Inc. hereby notify the Court that

4   Adam R. Prescott is no longer affiliated with Wilmer Cutler Pickering Hale and Dorr LLP and

5   therefore that he should be withdrawn as an attorney of record for ELNA Co., Ltd. and ELNA

6   America, Inc. in the above-referenced action.  ELNA Co., Ltd. and ELNA America, Inc. will

7   continue to be represented by their remaining counsel of record from Wilmer Cutler Pickering

8   Hale and Dorr LLP.

9   Dated:   May 25, 2017                          WILMER CUTLER PICKERING
                                                      HALE AND DORR LLP
10

11                                                  By: */s/  Allyson T. Fortier*

12                                                  Allyson T. Fortier (admitted *pro hac vice*)
                                                    350 S. Grand Ave., Suite 2100
13                                                  Los Angeles, CA  90071
                                                    Telephone:  (213) 443-5300
14                                                  Facsimile:  (213) 443-5400
                                                    Allyson.Fortier@wilmerhale.com
15

16                                                  Adam R. Prescott (admitted *pro hac vice*)
                                                    1975 Pennsylvania Ave., NW
17                                                  Washington, DC 20006
                                                    Telephone: (202) 663-6048
18                                                  Facsimile: (202) 663-6363
                                                    Adam.Prescott@wilmerhale.com
19

20

21

22

23

24

25

26

27

28

1

## **CERTIFICATE OF SERVICE**

2

I hereby certify that a true and correct copy of the above and foregoing document has

3

been served on May 25, 2017, on all counsel of record who have consented to electronic service

4

via the Court's CM/ECF system.

5

6

By: */s/  Allyson T. Fortier*

7

Allyson T. Fortier (admitted *pro hac vice*)
350 S. Grand Ave., Suite 2100

8

Los Angeles, CA  90071
Telephone:  (213) 443-5300

9

Facsimile:  (213) 443-5400
Allyson.Fortier@wilmerhale.com

10

11

*Counsel for Defendants ELNA Co. Ltd. and ELNA America Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28