1  Name        Ashley M. Bauer
2  Bar #       pro hac vice
   Firm        Latham & Watkins LLP
3  Address     505 Montgomery Street
4              Suite 2000
               San Francisco, CA 94111
5  Telephone   415.391.0600
6

7                IN THE UNITED STATES DISTRICT COURT
8                   FOR THE DISTRICT OF ARIZONA
9

10
   Avnet, Inc.                        )
11                                    )
               Plaintiff,             )
12                                    )   Case No.  2:16-CV-2808-ROS
        vs.                           )
13                                    )   **Corporate Disclosure Statement**
   Hitachi Chemical Co., Ltd. et al.  )
14                                    )
               Defendant.             )
15                                    )
                                      )
16                                    )

17
18      This Corporate Disclosure Statement is filed on behalf of Nitsuko Electronics Corporation
    in compliance with the provisions of: *(check one)*
19
          [✓]   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an
20              action in a district court must file a statement that identifies any parent corporation
21              and any publicly held corporation that owns 10% or more of its stock or states that
                there is no such corporation.
22
          [ ]   Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate
23              party to a proceeding in a district court must file a statement that identifies any
                parent corporation and any publicly held corporation that owns 10% or more of its
24              stock or states that there is no such corporation.
25
          [ ]   Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of
26              alleged criminal activity is a corporation the government must file a statement
27              identifying the victim and the statement must also disclose the information required
                by Rule 12.4(a)(1).
28

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest.  (Attach additional pages if needed.)*

_____Relationship_____

☑ Other(please explain)

Defendant Nitsuko Electronics Corporation ("Nitsuko") hereby discloses and certifies as follows:

Nitsuko's parent corporations are Kamaya Electric Co., Ltd. and NEC Platforms, Ltd.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  30th  day of  May , 2017 .

s/ Ashley M. Bauer (pro hac vice)
_____
Counsel of Record

Certificate of Service:

The undersigned hereby certifies that on May 30, 2017, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

s/ Ashley M. Bauer
Ashley M. Bauer (pro hac vice)
Ashley.Bauer@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
Counsel for Defendant Nitsuko Electronics Corporation