| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |   Ashley M. Bauer (*pro hac vice*) |
| 2 |   Ashley.Bauer@lw.com |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, California  94111-6538 |
|   | Telephone: +1.415.391.0600 |
| 4 | Facsimile: +1.415.395.8095 |
| 5 | *Counsel for Defendant* |
|   | *Nitsuko Electronics Corporation* |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Avnet, Inc., | CASE NO. 2:16-CV-02808-ROS |
|        Plaintiff, | DEFENDANT NITSUKO ELECTRONICS CORPORATION'S NOTICE OF PENDING ACTIONS PURSUANT TO CIVIL LOCAL RULE 16.2 |
|      v. | |
| Hitachi Chemical Co., Ltd.; Hitachi AIC Inc.; Hitachi Chemical Co. America, Ltd.; ELNA Co., Ltd; ELNA America Inc.; Matsuo Electric Co., Ltd.; TOSHIN KOGYO Co., Ltd.; Holy Stone Enterprise Co., Ltd.; Milestone Global Technology, Inc. (D/B/A/ Holystone International); Okaya Electric Industries Co., Ltd.; Okaya Electric America, Inc.; Taitsu Corporation; Taitsu America, Inc.; Shinyei Kaisha; Shinyei Technology Co., Ltd.; Shinyei Capacitor Co., Ltd.; Shinyei Corporation of America, Inc.; Nitsuko Electronics Corporation; Nissei Electric Co., Ltd.; Shizuki Electric Co., Ltd.; Soshin Electric Co., Ltd.; and Soshin Electronics of America, Inc., | |
|        Defendants. | |

# NOTICE OF PENDING ACTIONS

Pursuant to Civil Local Rule 16.2 of the United States District Court for the District of Arizona, Defendant Nitsuko Electronics Corporation ("Nitsuko") hereby notes and describes the following potentially related cases, with appropriate titles and numbers, filed in other jurisdictions, as follows:

1. Nitsuko is a named Defendant in *In re: Capacitors Antitrust Litigation*, Case No. 3:14-cv-03264-JD (N.D. Cal.).  This is an antitrust class action lawsuit involving many of the same Defendants in the Northern District of California.

2. Nitsuko is a named Defendant in *The AASI Beneficiaries' Trust, By and Through Kenneth A. Welt, Liquidating Trustee v. AVX Corporation et al.*, Case No. 1:16-cv-23691-DPG (S.D. Fla.).  This is an individual plaintiff's action against many of the same Defendants in this case and the above-mentioned case, *In re Capacitors Antitrust Litigation*.

Dated:  May 30, 2017
Respectfully submitted,

s/   Ashley M. Bauer_____
Ashley M. Bauer (*pro hac vice*)
*ashley.bauer@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Counsel for Defendant Nitsuko Electronics Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 30, 2017, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

s/ Ashley M. Bauer
Ashley M. Bauer (*pro hac vice*)
*ashley.bauer@lw.com*
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Counsel for Defendant Nitsuko Electronics Corporation*