# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Avnet Incorporated, | No. CV-16-02808-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Hitachi Chemical Company Limited, et al., | |
| Defendants. | |

Pursuant to the Parties' Stipulation to Extend Defendant Nitsuko Electronics Corporation's Time to Answer, Move, or Otherwise Plead (First Request), and good cause appearing,

**IT IS ORDERED** the stipulation (Doc. 61) is **GRANTED.** The deadline for Defendant Nitsuko Electronics Corporation to respond to Avnet, Inc.'s Complaint shall be extended to the same response deadline established for the other defendants in the case pursuant to the Court's prior Order Granting Plaintiff's Motion for Waiver of Service and Extension of Time for Defendants' to Respond to Complaint (Doc. 20).

Dated this 31st day of May, 2017.

Honorable Roslyn O. Silver
Senior United States District Judge